# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158141(58)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

KAITLIN HAHN,
      Plaintiff-Appellee,

v

GEICO INDEMNITY COMPANY,
      Defendant-Appellant,
and

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
      Defendant.
_____/

SC: 158141
COA: 336583
Oakland CC: 2016-152229-NF

On order of the Chief Justice, the motion of the Insurance Alliance of Michigan to file an untimely brief amicus curiae is GRANTED. The amicus brief submitted on February 1, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2019



Clerk